UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KACEE LLOYD MONROE, aka KACEE MONROE, ) | Case No. EDCV 08-0477-SJO(RC) |
| Petitioner, ) | |
| vs. ) | JUDGMENT |
| DEBRA DEXTER, ) | |
| Respondent. ) | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: November 19, 2010

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

R&R\08-0477.jud
10/18/10